# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = 18 Year Old Girls Play With Toys
Search Results: Displaying 1 of 1 entries



*18 Year Old Girls Play With Toys.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001751360 / 2011-08-24
**Application Title:** 18 Year Old Girls Play With Toys.
**Title:** 18 Year Old Girls Play With Toys.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Ingenuity13 LLC. Address: Springates East, Government Road, Charlestown, Saint Kitts-Nevis.
**Date of Creation:** 2011
**Date of Publication:** 2011-08-22
**Nation of First Publication:** United States
**Authorship on Application:** Ingenuity13 LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture, production/producer, direction/director, script/screenplay, cinematography/cinematographer, editing/editor.
**Names:** Ingenuity13 LLC





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page