1  Brett L. Gibbs, Esq. (SBN 251000)
   Of Counsel to Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6

7                IN THE UNITED STATES DISTRICT COURT FOR THE

8                        EASTERN DISTRICT OF CALIFORNIA

9  INGENUITY13 LLC,                    )    **Case No.**
                                       )
10          Plaintiff,                 )
                                       )    **CORPORATE PARTY DISCLOSURE**
11     v.                              )    **STATEMENT**
                                       )
12 JOHN DOE,                           )
                                       )
13          Defendant.                 )
                                       )
14 _____)

15              **CORPORATE PARTY DISCLOSURE STATEMENT**

16
        Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of
17
   record, hereby submits that Ingenuity13 LLC does not have a parent corporation that owns 10% or
18
   more of its stock.
19

20                                      Respectfully Submitted,

21                                      PRENDA LAW INC.

22 **DATED:  July 26, 2012**

23

24                            By:    /s/ Brett L. Gibbs, Esq.
                                     _____
25                                   Brett L. Gibbs, Esq. (SBN 251000)
                                     Of Counsel to Prenda Law Inc.
26                                   38 Miller Avenue, #263
                                     Mill Valley, CA 94941
27                                   blgibbs@wefightpiracy.com
                                     *Attorney for Plaintiff*
28