Register of Copyrights

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, DC 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s);

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>**US District Court Eastern California** |
|---|---|
| DOCKET NO.<br>**2:12–CV–01969–MCE–CKD** | DATE FILED<br>**7/26/12** | **Sacramento** |

| PLAINTIFF<br>**INGENUITY13 LLC** | DEFENDANT<br>**UNKNOWN** |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  PA0001751360 | Motion Picture | Ingenuity13 LLC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above–entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleadings |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above–entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ ORDER   ☐ JUDGMENT | WRITTEN OPINION ATTACHED<br>☐ YES   ☐ NO | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|