Case 2:12-cv-01969-MCE-CKD   Document 9-1   Filed 07/26/12   Page 1 of 2

# EXHIBIT A

Case 2:12-cv-01969-MCE-CKD   Document 9-1   Filed 07/26/12   Page 1 of 2



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = 18 Year Old Girls Play With Toys
Search Results: Displaying 1 of 1 entries



### *18 Year Old Girls Play With Toys.*

        **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001751360 / 2011-08-24
      **Application Title:** 18 Year Old Girls Play With Toys.
                      **Title:** 18 Year Old Girls Play With Toys.
              **Description:** Videodisc (DVD)
    **Copyright Claimant:** Ingenuity13 LLC. Address: Springates East, Government Road, Charlestown, Saint Kitts-Nevis.
          **Date of Creation:** 2011
      **Date of Publication:** 2011-08-22
**Nation of First Publication:** United States
**Authorship on Application:** Ingenuity13 LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture, production/producer, direction/director, script/screenplay, cinematography/cinematographer, editing/editor.
                    **Names:** Ingenuity13 LLC

|  | **Save, Print and Email (Help Page)** |
| --- | --- |
| Select Download Format | Full Record  Format for Print/Save |
| Enter your email address: |  Email |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page