AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| INGENUITY13 LLC, | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 2:12-CV-01969 |
| CRISTIAN MORINICO, | ) |  |  |
| *Defendant* | ) |  |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

INGENUITY13 LLC                                                                                     .

Date:   01/30/2013

/s/ Paul Duffy
*Attorney's signature*

Paul Duffy (Bar No. 224159)
*Printed name and bar number*

161 N. Clark St, Suite 3200
Chicago, IL 60601

*Address*

paduffy@antipiracylawgroup.com
*E-mail address*

(312) 880-9160
*Telephone number*

(312) 893-5677
*FAX number*