Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC,  )<br>  )<br>       Plaintiff,  )<br>   v.  )<br>  )<br>CRISTIAN MORINICO,  )<br>  )<br>       Defendant.  )<br>  )<br>_____ ) | **No. 2:12-cv-01969-MCE-CKD**<br><br>**NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION** |

**NOTICE OF CHANGE IN ATTORNEY CONTACT INFORMATION**

PLEASE TAKE NOTICE that the email address for Plaintiff's attorney Paul Duffy is now paduffy@wefightpiracy.com. The correction is reflected at the beginning of this pleading and in the signature block below.

Respectfully Submitted,

ANTI-PIRACY LAW GROUP

By:    /s/ Paul Duffy_____

Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that on February 5, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

/s/ Paul Duffy
Paul Duffy